**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-cr-00384-HDM-LRL |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| CHARLES BRESNIHAN, | ) | |
| Defendant. | ) | |

The court has considered the report and recommendation of the United States Magistrate Judge (#54) filed on February 18, 2010, in which the magistrate judge recommends that this court enter an order denying defendant's motion to suppress (#37). The court has also considered the defendant's objection to the report and recommendation (#60) filed March 1, 2010.

The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court

1

hereby ADOPTS AND ACCEPTS the report and recommendation of the United States Magistrate Judge (#54).  Accordingly, the defendant's motion to suppress (#37) is DENIED.

IT IS SO ORDERED.

DATED: This 15th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE